**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD HENDERSON, | ) | |
| | ) | Case No. 23 CV 4802 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Durkin |
| v. | ) | |
| | ) | |
| KENNETH BOUDREAU, et al, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SEAN TYLER, | ) | |
| | ) | Case No. 23 CV 4803 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Durkin |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO, et al, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR HIPAA AND MENTAL HEALTH PROTECTIVE ORDER**

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit 1 | Plaintiff Reginald Henderson's First Amended Complaint |
| Exhibit 2 | Plaintiff Sean Tyler's First Amended Complaint |
| Exhibit 3 | Hernandez v. Guevara, et al. Minute Entry |
| Exhibit 4 | Flores v. Guevara, et al. Order |
| Exhibit 5 | Rivera v. Guevara, et al. Minute Entry |
| Exhibit 6 | Rodriguez v. Guevara, et al. Minute Entry |