*Henderson v. Boudreau, et al.* – 23 CV 4802
*Tyler v. City of Chicago, et al.* – 23 CV 4803

# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Daniel Rodriguez
                                    Plaintiff,
v.                                                      Case No.: 1:22−cv−06141
                                                        Honorable Edmond E. Chang
Reynaldo Guevara, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 22, 2024:

   MINUTE entry before the Honorable Sunil R. Harjani: Defendant's motion for a HIPPA and Mental Health protective order [11] is granted. This Court has already thoroughly opined on this issue in Coleman v. City of Chicago, 2019 WL 7049918 (N.D. Ill. Dec. 23, 2019) and the same rationale applies here and is adopted in full. Like in Coleman, Plaintiff brings a wrongful conviction claim as a result of a coerced confession and alleges in the Complaint severe physical and emotional harm (such as "extreme physical and psychological pain and suffering, humiliation, constant fear, anxiety, deep depression, rage and other physical and psychological effects"). Plaintiff also bring a claim for intentional infliction of emotional distress. While the Court appreciates that judges in this district have taken varying approaches, allowing both sides to cite cases for its position, this Court has already analyzed the issue and taken a position. Like in Coleman, Plaintiff has broadly alleged emotional distress and physical damages, injected the issue into the case, and pleaded more than garden−variety damages. Even more tellingly, Plaintiff does not commit to only seeking garden−variety damages, which frankly, in a case alleging wrongful imprisonment for 17 years, would be highly unusual. See also Jakes v. Boudreau, 2020 WL 5297007 (N.D. Ill. Sept. 4, 2020). Defendant's proposed HIPPA order will be entered. Counsel shall submit the proposed HIPPA order via email to Judge Harjani's Proposed Order e−box: Proposed_Order_Harjani@ilnd.uscourts.gov. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.