UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sean Tyler

                Plaintiff,

v.                                    Case No.: 1:23−cv−04803

                                                  Honorable Thomas M. Durkin

The City of Chicago, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 17, 2024:

        MINUTE entry before the Honorable Thomas M. Durkin: The court enters the following agreed briefing schedules. As to the motion for entry of a protective order [58]: Plaintiff's response is due by 7/3/2024. Defendant's reply is due by 7/19/2024. As to the motion for HIPAA and mental health protective order [59]: Plaintiff's response is due by 7/3/2024. Defendant's reply is due by 7/19/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.