**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SEAN TYLER, | ) | |
| | ) | Case No. 23-CV-04803 |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| CITY OF CHICAGO, et al. | ) | Honorable Georgia Alexakis |
| | ) | |
| *Defendants.* | ) | *Consolidated with No. 23-cv-04802 for* |
| | ) | *pretrial proceedings* |

| | | |
|---|---|---|
| | ) | |
| REGINALD HENDERSON, | ) | Case No. 23-CV-04802 |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| KENNETH BOUDREAU, et al. | ) | Honorable Georgia Alexakis |
| | ) | |
| *Defendants.* | | |

**JOINT STATUS REPORT**

Now Come Plaintiffs, Sean Tyler and Reginald Henderson, as well as Defendants

Kenneth Boudreau, John Halloran, James O'Brien, Michael Clancy, William Moser, Robert

Lenihan, Patrick Golden, Richard Coughlin and Geri Yanow as the Independent Administrator of

the Estate of William Foley (collectively referred to as the "Defendant Officers"), former

Assistant State's Attorneys Virginia Bigane and Steven Klaczynski ("ASA Defendants" only in

*Henderson*), and the City of Chicago, by and through their respective counsel, and submit the

following joint status.

## I.  Discovery Progress

The Parties have continued to conduct oral and written discovery.

The depositions of Defendants Moser, Bigane, Lenihan and O'Brien have been taken. The Depositions of the remainder of the Parties have been scheduled as set forth below with the exception of Defendant Golden, which is discussed in the anticipated motions section.

The Parties have confirmed the following dates for the parties' depositions and noticed and subpoenaed the third-party witnesses listed below:

| Deponent | Date of Deposition |
|---|---|
| Deborah Stokes | Completed |
| Johnny Tyler | Completed |
| Myra Tyler | Completed |
| Julie Hull | Completed |
| Virginia Bigane | Completed |
| Kenneth McGraw | Completed |
| Victor Bobo | Completed |
| William Moser | Completed |
| Robert Lenihan | Completed |
| Travis Ashby | Completed |
| James O'Brien | Completed |
| Michael Taylor | Completed |
| Carl Branigan | Completed |

| Deponent | Date of Deposition |
|---|---|
| George Mosley | Completed |
| KatrinaBones | Completed |
| Andrew Ganaway | May 12, 2026 |
| John Halloran | May 21, 2026 |
| Donna Bones | Date to be Determined |
| Kay Hanlon | May 19, 2026 |
| Donald Bostic | May 27, 2026 |
| Kenneth Boudreau | June 9,2026 |
| Michael Clancy | June 12, 2026 |
| Steven Klaczynski | June 17, 2026 |
| Matthew Edward Coghlan | June 18, 2026 |
| Richard Coughlin | June 30, 2026 |
| Marcus Wiggins | Date to be Determined |
| Reginald Henderson | July 9, 2026 |
| Sean Tyler | Date to be determined[1] |
| Charles Brackenridge | Mr. Breckenridge's deposition was scheduled for April 16, 2026. He was served but he did not appear. |
| Antoine Ward | Date to be determined. A writ of body attachment is pending against Mr. Ward in the Eastern District of Wisconsin. *See Henderson v. Boudreau, et al.*, No. 2:25-mc-34-BHL (E.D. Wis.). |
| Zelinka Bunch | Date to be determined. This Court issued a writ of body attachment |

---

[1] The parties are currently working to schedule Plaintiff Tyler's deposition for a date in early July, 2026.

| Deponent | Date of Deposition |
|---|---|
| | against Ms. Bunch. *See* Dkt. 178 (*Tyler* Docket). |
| Rule 30(b)(6) Deposition | Date and scope to be determined |
| Patrick Golden | Date to be determined* Plaintiffs will move to compel a date by May 12, 2026. |
| Maurice Judon | Date to be determined |
| Fed. R. Evid. 404(b) witnesses | Number of witnesses to be determined |
| Frank Madea | Date to be determined |
| Mort Smith | Date to be determined |
| Sheila Wiggins | Date to be determined |
| Sheila Ruffin | Date to be determined |
| Dr. Bruce Tizes | Date to be determined |
| Phillip Smith | Date to be determined |
| Robert Collins | Date to be determined |
| Armia Brown | Date to be determined |
| Adalberto Melecio | Date to be determined |

The parties are continuing to confer about the scope and subject matter of a Rule 30(b)(6) deposition. If the parties cannot reach agreement, Plaintiffs will file a motion to compel on June 1, 2026 so that the matter can be sufficiently resolved and a deposition(s) completed in advance of the close of discovery on July 27, 2026.

## II.    Anticipated Motions:

*Motion to Compel Deposition of Defendant Golden*

Plaintiffs have been repeatedly requesting dates to depose Defendant Golden, who has had some medical issues that have delayed setting his deposition. Defendants repeatedly stated that they would provide a date for Defendant Golden's deposition prior to the close of fact discovery. Plaintiffs repeatedly requested that Defendants provide medical documents or a physician affidavit if they intended to not produce Defendant Golden for his deposition prior to the close of fact discovery. Given the pending expert discovery deadlines, Plaintiffs will be filing a motion to compel the deposition of Defendant Golden by May 12, 2026, if Defendants have not provided a firm date for his deposition by that time. Last week, Plaintiffs were informed that Defendant Golden had had cancer treatments in February. This evening at 9pm, counsel for Defendant Golden provided a letter regarding treatment for cancer that was dated February 2, 2026. Plaintiffs have been very accommodating of Defendants' request to postpone this deposition but given the pending fact discovery cutoff and expert disclosures, which Plaintiffs do not want to extend, Plaintiffs seek to depose Defendant Golden and are willing to make accommodations for his medical conditions in terms of where it occurs, spacing it out over two days if sitting for seven hours would compromise his health.

As early as September 2025, counsel for Defendant Golden notified counsel for Plaintiffs that Defendant Golden had serious health issues that could impact his ability to sit for a deposition.  Counsel for Defendant Golden has also provided counsel for Plaintiffs a February 2, 2026, letter from one of Golden's physicians, which confirms that beginning in February 2026, Golden was engaged in six weeks of cancer treatment. Defendants are conferring with Golden

5

and his physician with respect to his current health status and ability to sit for a deposition, and plan to update Plaintiffs this week. If Golden is unable to sit for his deposition for medical reasons before the close of fact discovery, Defendants agree that Golden's deposition can be taken once his health improves after the close of fact discovery.

*Unopposed Motion to Consolidate Trials*

As noted in the Court's order, the Court previously consolidated Case No. 1:23-cv-04803 and Case No. 1:23-cv-04802 for pretrial proceedings only and reserved its decision regarding consolidation for trial. The Defendant Officers and City of Chicago both intend to move to consolidate these cases for trial. The Parties further inform the Court that Plaintiffs do not oppose consolidation for trial.

The Defendant Officers and City of Chicago previously informed this Court that they would move to consolidate these case for trial by May 15, 2026. However, due to unforeseen conflicts that have arisen for counsel for the Defendant Officers and City of Chicago, these Defendants request an extension of one week, up to and including May 22, 2026, to file their motion to consolidate. Accordingly, the Parties jointly request that the Court set a hearing for the purpose of scheduling a consolidated jury trial and all pre-trial filing dates after the unopposed motion to consolidate that the Defendants will file on or before May 22, 2026.

## III. Settlement Negotiations

Plaintiffs served settlement demands on the City Defendants pursuant to the Court's order. Dkt. 209. The City Defendants have not responded.

6

Respectfully Submitted,

/s/ Heather Lewis Donnell
*One of the attorneys for Plaintiff Tyler*

**Loevy & Loevy**
311 N. Aberdeen Floor 3
Chicago, IL 60607
(312) 243-5900

/s/ Gabriella Orozco
*One of the attorneys for Plaintiff Henderson*

**Bonjean Law Group**
233 Broadway, Suite 707
New York, NY 10279
(718) 875-1850

s/ Pat Moran
*One of the attorneys for Defendant Officers*

**Rock, Fusco & Connelly, LLC**
333 W. Wacker Dr., 19th Floor
Chicago, Illinois 60606
312.494.1000 ext. 406

/s/ Stephen Mehr
*One of the attorneys for Defendants Bigane &*
*Klaczynski*

**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
P: (312) 704-3000

/s/      Lisa Meador
*One of the attorneys for Defendant City of*
*Chicago*

**The Sotos Law Firm, P.C.**
141 W. Jackson Blvd. #1240A
Chicago, IL 60604
P: (630) 735-3303
F:(630) 773-0980

7